UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cr-74-MOC-DSC-6

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JARED LAMAR JEFFRIES, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Defendant's pro se letter, which has been docketed as a "Motion to Amend PSR to Remove Enhancement Level." (Doc. No. 315). In his letter, Defendant states that he is requesting the Court to remove the six-point enhancement level he received under U.S.S.G. § 2B3.1(b)(2)(B) when sentenced by this Court in 2016 after being convicted of Hobbs Act Robbery conspiracy.

To the extent that Defendant seeks removal of the six-level sentencing enhancement, he is seeking sentencing relief that must be brought through a motion to vacate under 28 U.S.C. § 2255. Accord Medlin v. United States, No. 5:12-CR-351-BO-2, 2019 WL 638994, at *2 (E.D.N.C. Feb. 14, 2019) (stating that "because petitioner is seeking to remove enhancements, she is seeking to vacate parts of the sentence that she received in 2014. Petitioner's motion must be construed as a Section 2255 petition.").

**IT IS, THEREFORE, ORDERED** that Petitioner's pro se letter, docketed as a "Motion to Amend PSR to Remove Enhancement Level," (Doc. No. 315), is **DENIED**.

Signed: July 26, 2019



Max O. Cogburn Jr.
United States District Judge